**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **LUIS EDUARDO SALAS-RIVERA,**<br><br>***Petitioner,***<br><br>***v.***<br><br>**DEVERY MOONEYHAM, in his official capacity as the Warden of Limestone County Detention Facility, et al.,**<br><br>***Respondents,*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 6:26-CV-00526-CRW-DTG** |

**ORDER FOR FACTUAL STIPULATIONS**

The petitioner, Luis Eduardo Salas-Rivera, challenges his continued custody through a petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Dkt. No. 1). On August 17, 2026, the respondents filed their return pursuant to 28 U.S.C. § 2243. Accordingly, the Court **ORDERS** as follows:

The parties are **ORDERED** to meet-and-confer and jointly file a notice of any factual stipulations on or before **August 28, 2026**. In that same filing, the parties shall indicate whether they will waive a hearing on the issues and consent to the Court resolving the petition on its pleadings.

If the parties desire to consent to the full referral of this action to the magistrate judge, they must submit Form AO 85, "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," available at https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge, on or before **August 28, 2026**.

**SIGNED** this 25th day of August, 2026.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE